Wesley L. ROBERTS and His Parent Penny Roberts *v.*
STATE of Arkansas

CR 02-742                                          84 S.W.3d 43

Supreme Court of Arkansas
Opinion delivered September 5, 2002

*Michael Loggains,* for appellant.

No response.

P ER CURIAM. Appellants Wesley L. Roberts and Penny
Roberts, by and through their attorney, have filed a
motion for rule on clerk. Attorney, Michael Loggains, states in
the motion that the record was tendered late due to a mistake on
his part.

We find that such an error, admittedly made by an
attorney for a criminal defendant, is good cause to grant the
motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964
(1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion
will be forwarded to the Committee on Professional Conduct.